UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60149-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          **FINAL ORDER OF DISMISSAL**

SERGIO MALDONADO,

    Defendant.
_____/

THIS MATTER is before the Court upon the Parties' Final Judgment By Consent (DE 4). The Court has carefully reviewed said Consent Judgment and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That the Parties' Final Judgment By Consent (DE 4) be and the same is hereby approved, adopted, and ratified;

2. The Court does not retain jurisdiction over this matter; and

3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of February, 2008.

                                          WILLIAM J. ZLOCH
                                          United States District Judge

Copies furnished:

All Counsel of Record